**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Richard M. Kiefer |
| Debtor 2 (Spouse, if filing) | Kathy L. Kiefer |
| United States Bankruptcy Court for the: | WESTERN District of PA (State) |
| Case number | 18-20961 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** SECRETARY OF VETERANS AFFAIRS OF WASHINGTON, D.C., HIS SUCCESSORS AND/OR ASSIGNS

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 3 6 2 7

**Property address:** 17 EVANS AVENUE
Number      Street

Pittsburgh, PA 15205

City                State      ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM / DD / YYYY

Debtor 1    Richard M. Kiefer
            First Name    Middle Name    Last Name

Case number (*if known*) 18-20961

---

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ __Heather Riloff_____
       Signature

Date  06/24/2020

Print    _Heather Riloff, Esquire_____
         First Name    Middle Name    Last Name

Title   __Attorney_____

Company   Pincus Law Group, PLLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   2929 Arch Street Suite 1700_____
          Number        Street

          Philadelphia, PA 19104_____
          City          State      ZIP Code

Contact phone  ( 484 ) 575 – 2201_____

Email hriloff@pincuslaw.com____

---